UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 14-44337 |
| Lydia M Thomas | ) | |
| | ) | Chapter: 13 |
| | ) | Honorable Janet S. Baer |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

**ORDER MODIFYING STAY AND CO-DEBTOR STAY**

This matter is before the Court on the Motion for Relief from Automatic Stay of Property by JPMorgan Chase Bank, National Association (hereinafter "Creditor"); due notice having been given and the Court fully apprised in the premises;

IT IS HEREBY ORDERED:

That the automatic stay and co-debtor stay as to Joshua Thomas are modified to allow Creditor to enforce its rights against the property described as 125 Serena Drive, Chicago Heights, IL 60411-1037 pursuant to the terms and conditions of contract and applicable nonbankruptcy law;

That the effect of Bankruptcy Rule 4001(a)(3) is waived by the Court; and,

That the Chapter 13 Trustee shall discontinue all payments to Movant on its claim under the Chapter 13 plan filed by the Debtor.

Enter: /s/ Janet S. Baer

Honorable Janet S. Baer
United States Bankruptcy Judge

Dated: September 10, 2015

**Prepared by:**

Shara C. Cornell (02118-2011)
Sarah E. Willms (28840-64)
Keith Levy (6279243)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus OH 43216-5028
614-220-5611; Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Shara C. Cornell.
Contact email is sccornell@manleydeas.com